DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELA MESA-TAYLOR,** individually and next friend of
**COLTON TAYLOR** and **CAITLIN TAYLOR,** minor children,
Appellant,

v.

**WCI COMMUNITIES, INC.,** a Delaware Corporation,
**WCI COMMUNITIES, LLC,** a Delaware Limited Liability Company,
**DAVID-BEWS DESIGN GROUP, INC.,** a Florida Corporation,
**ENGINEERED AIR LLC,** a Florida Limited Liability Company,
**BUILDER SERVICES GROUP, INC.,**
a Florida Corporation d/b/a **GALE INSULATION,**
**MELANIE S. ZARGHAM,** d/b/a **ZARGHAM AND SINCLAIR
ARCHITECTURE,**
and **ACTION ROOFING SERVICES, INC.,** a Florida Corporation,
Appellees.

No. 4D22-466

[August 3, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Patti Englander Henning, Judge; L.T. Case No. CACE16-
010404 (26).

Scott N. Gelfand of Scott N. Gelfand, P.A., Coral Springs, for appellant.

David L. Luck and Janice Lopez, Coral Gables, and Kevin M. Vannatta,
Fort Lauderdale, of Lewis Brisbois Bisgaard & Smith LLP for appellee Gale
Insulation.

Francesca M. Stein and Scott A. Cole of Cole, Scott & Kissane, P.A.,
Miami, for appellee Action Roofing.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

* * *

*Not final until disposition of timely filed motion for rehearing.*